**Christopher LEE, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 70253.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 1, 1996.

David C. Hemingway, Asst. Public Defender, St. Louis, for movant–appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Assistant Attorney General, Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Movant appeals from the dismissal of his Rule 24.035 motion without an evidentiary hearing. The motion court found that he failed to file his motion within ninety days of his delivery to the department of corrections, Rule 24.035(b). Movant alleges that the time limits of Rule 24.035 are unconstitutional. An extended opinion would have no precedential value. The judgment of the trial court is affirmed. Rule 84.16(b).